# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY LESTER,<br><br>    Plaintiff<br><br>v.<br><br>DON LAUGHLIN'S RIVERSIDE RESORT HOTEL & CASINO,<br><br>    Defendant | Case No.: 2:24-cv-01760-APG-EJY<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Gary Lester's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by October 15, 2024.

DATED this 1st day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE